FILED
MAY - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

INNOVATIT SEAFOOD )
SYSTEMS, LLC, )
            )
            )       CASE NUMBER 1:06CV00825
      Plaintiff )
   vs       )   Civil Action   JUDGE: James Robertson
            )
COMMISSIONER FOR PATENTS, )       DECK TYPE: General Civil
            )
            )       DATE STAMP: 05/04/2006
      Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Plaintiff** _____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Plaintiff** _____ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record
Signature

409723
BAR IDENTIFICATION NO.

Richard J. Oparil
Print Name

2550 M STREET NW
Address

WASHINGTON, DC 20037
City         State      Zip Code

(202) 457-6496
Phone Number

3