# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>      Plaintiff,   )<br>)<br>v.   )<br>)<br>COMMISSIONER FOR PATENTS,   )<br>)<br>      Defendant.   ) | Civil Action No. 06-0825(JR) |

## PLAINTIFF'S MOTION TO DEEM
## COMPLAINT FILED AS OF APRIL 24, 2006

Plaintiff, Innovatit Seafood Systems, LLC, ("Innovatit"), seeks an Order deeming the complaint in this action to have been filed nunc pro tunc as of April 24, 2006.

The grounds for this motion are set forth in the accompanying memorandum in support.

A proposed order is also submitted herewith.

Dated: May 22, 2006            Respectfully submitted,

       /s/ Richard J. Oparil
Richard J. Oparil
District of Columbia Bar No. 409723
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)

*Attorney For Plaintiff*
*Innovatit Seafood Systems LLC*

- 2 -

*Of Counsel:*

Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
(703) 744-8000
(703) 744-8001 (fax)

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing and the accompanying memorandum in support and proposed order were served on May 22, 2006, by certified mail, on the following:

> General Counsel
> United States Patent and Trademark Office
> P.O. Box 15667
> Arlington, Virginia 22215
>
> Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> United States Attorney's Office
> Attn: Civil Process Clerk
> 555 4th Street, NW
> Washington, DC 20530

      /s/ Richard J. Oparil
    Richard J. Oparil

4804905