**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 06-0825(JR) |
| ) | |
| COMMISSIONER FOR PATENTS,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER

Upon consideration of the motion of plaintiff, Innovatit Seafood Systems, LLC, ("Innovatit"), motion for an order deeming the complaint in this action to have been filed nunc pro tunc as of April 24, 2006, and any opposition thereto, it is hereby

ORDERED that Innovatit's motion is granted; and it is further hereby

ORDERED that the complaint in this action shall be deemed to have been filed as of April 24, 2006.

SIGNED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE