**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery: MAY 24 2006
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0004 2474 8221

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney's Office
   ATTN: Civil Process Clerk
   555 4th Street, NW
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery: MAY 24 2006
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0004 2474 8214

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   General Counsel
   United States Patent and Trademark Office
   Post Office Box 15667
   Arlington, Virginia 22215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☑ Agent  ☐ Addressee
B. Received by (Printed Name): JOHN S. HOLMES   C. Date of Delivery: 5/23/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0004 2474 8245

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540