UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD<br>SYSTEMS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN DOLE,<br>Commissioner for Patents,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0825 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on defendant's motion to dismiss. After considering all relevant pleadings, applicable law, and the record herein, it is this ____ day of _____, 2006, hereby,

ORDERED that defendant's motion is GRANTED and plaintiff's motion to deem the complaint filed as of April 24, 2006 is DENIED.

_____
James Robertson
United States District Judge

cc:     Counsel of record via ECF