IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0825(JR) |
| ) | |
| COMMISSIONER FOR PATENTS, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF INNOVATIT SEAFOOD SYSTEMS, LLC'S UNOPPOSED MOTION FOR ENLAGEMENT OF TIME

Plaintiff, Innovatit Seafood Systems, LLC, ("Innovatit"), hereby moves that its time to respond to Defendant's Motion to Dismiss and to respond in Opposition to Plaintiff's Motion to Deem the Complaint Filed as of April 24, 2006 in this action be extended from August 7, 2006 and August 3, 2006, respectively. Innovatit requests that the period for response to the Motion to Dismiss and Opposition be set two weeks from August 7, 2006 for both its Opposition and its Reply. This would make both dates August 21, 2006. This is Innovatit's first request to extend this time limit.

In support of this motion, Innovatit states that members of Patton Boggs working on this case are involved in a patent infringement jury trial, and expect to be engaged in extensive post-trial briefing at the close of trial  Additionally, the undersigned counsel are involved in extensive discovery for a case at the International Trade Commission. Government counsel for Defendant John Dole have been contacted and indicated they will not oppose this motion.

For all the foregoing reasons, Innovatit request that the court grant its motion for enlargement of time.

3664462

Dated: August 2, 2006

                Respectfully submitted,

                /s/ Richard J. Oparil
                Richard J. Oparil
                District of Columbia Bar No. 409723
                PATTON BOGGS LLP
                2550 M Street, NW
                Washington, DC 20037
                (202) 457-6000
                (202) 457-6315 (fax)
                *Attorney For Plaintiff*
                *Innovatit Seafood Systems LLC*

*Of Counsel:*
Scott A.M. Chambers, Ph.D.
District of Columbia Bar No. 450442
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
(703) 744-8000
(703) 744-8001 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of August 2006, he caused true and correct copies of the foregoing to be served upon Defendant's attorneys of record at the following address as indicated:

**VIA FACSIMILE AND U.S. MAIL**

John F, Henault, Jr.
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530
(202) 514-8780 (Fax)

/s/ Richard J. Oparil
Richard J. Oparil

3664462