IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0825(JR) |
| ) | |
| COMMISSIONER FOR PATENTS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ENLARGING TIME

Upon consideration of the unopposed motion of Plaintiff, Innovatit Seafood Systems, LLC, for an order enlarging its time to respond to the Defendant's Motion to Dismiss and draft a Reply to Defendant's Opposition to Plaintiff's Motion to Deem the Complaint as Filed as of April 24, 2006, in this action, it is hereby

ORDERED, that Innovatit's motion to enlarge the time to respond is granted; and it is further hereby

ORDERED, that Innovatit's time to respond to the Motion and Opposition be extended from August 7, 2006 and August 3, 2006 respectfully by two weeks and set at August 21, 2006.

Dated: _____          _____
                                          United States District Court Judge

3664464