IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0825(JR) |
| ) | |
| COMMISSIONER FOR PATENTS, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO ADMIT
THOMAS S. KEATY PRO HAC VICE**

Plaintiff, Innovatit Seafood Systems, LLC, ("Innovatit"), seeks an Order to admit Thomas S. Keaty to the Bar of this Court pro hac vice.

The grounds for this motion are set forth in the accompanying declaration of Thomas S. Keaty. A proposed order is also submitted herewith.

Dated: August 21, 2006    Respectfully submitted,

　　　　　　　　　　　　/s/ Richard J. Oparil
　　　　　　　　　　　　Richard J. Oparil
　　　　　　　　　　　　District of Columbia Bar No. 409723
　　　　　　　　　　　　PATTON BOGGS LLP
　　　　　　　　　　　　2550 M Street, NW
　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　(202) 457-6000
　　　　　　　　　　　　(202) 457-6315 (fax)

　　　　　　　　　　　　*Attorney For Plaintiff*
　　　　　　　　　　　　*Innovatit Seafood Systems LLC*

*Of Counsel:*

Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
(703) 744-8000
(703) 744-8001 (fax)

Thomas S. Keaty, Esq.
KEATY PATENT FIRM
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing and the accompanying memorandum in support and proposed order were served on August 21, 2006, by fax and mail, on the following:

John F, Henault, Jr., Esq.
U.S. Attorney's Office
555 4th Street, NW
Washington, DC  20530
(202) 514-8780 (Fax)


    /s/ Richard J. Oparil
    Richard J. Oparil

4823438