**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0825(JR) |
| | ) | |
| COMMISSIONER FOR PATENTS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the motion of plaintiff, Innovatit Seafood Systems, LLC, ("Innovatit"), for an Order admitting Thomas S. Keaty to the Bar of this Court to act as counsel for Innovatit, and any response thereto, it is hereby

ORDERED that Innovatit's motion is granted; and it is further hereby

ORDERED that Thomas S. Keaty is admitted pro hac vice.


SIGNED this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE