**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
INNOVATIT SEAFOOD SYSTEMS, LLC,   :
                                  :
         Plaintiff,               :
                                  :
    v.                            :  Civil Action No. 06-0825 (JR)
                                  :
COMMISSIONER FOR PATENTS,         :
                                  :
         Defendant.               :
```

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Thomas S. Keaty [12], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

```
                               JAMES ROBERTSON
                          United States District Judge
```