# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-825 (JR) |
| ) | |
| DIRECTOR, UNITED STATES ) | |
|     PATENT AND TRADEMARK ) | |
|     OFFICE,[1] ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ANSWER

Defendant, the Commissioner for Patents of the United States Patent and Trademark Office ("USPTO"), hereby answers the complaint as follows:

1. This paragraph is Plaintiff's characterization of his case, as to which no response is required. Defendant admits that the Board of Patent Appeals and Interferences decision in patent application 09/949,704, ("the '704 patent application") was adverse to the applicant, Ernest A. Voisin.

2. Admitted.

3. Defendant admits that the '704 patent application is entitled "A Process of Elimination of Bacteria in Shellfish, Of Shucking Shellfish and an Apparatus Therefor," but

---

[1] Although plaintiff named the Commissioner of Patents as the defendant, this case is brought under 35 U.S.C. § 145, which reads that dissatisfied applicants "may have remedy by civil action against the Director." The Director's title is given in 35 U.S.C. § 3(a)(1). Defendant is not the Commissioner for Patents, which is a different, subordinate officer. 35 U.S.C. § 3(b)(2). The title for the head of the agency was changed from Commissioner to Director by the PTO Efficiency Act. Pub. L. No. 106-113, § 4712, 113 Stat. 1501A-572 (Nov. 29, 1999).

denies that the '704 application was filed on September 1, 2001. Defendant lacks sufficient information concerning Plaintiff's alleged rights, title and interest in the '704 patent application to admit or deny the remaining allegations in this paragraph.

4. Defendant lacks sufficient information about Plaintiff's citizenship and place of business to admit or deny the allegations in this paragraph.

5. Admitted.

6. Defendant denies that the Board decision was erroneous. Defendant admits that a copy of the Board decision was attached to the complaint.

7. Defendant denies that the claims of the '704 patent application are novel, and denies that the claims are not anticipated by the cited prior art.

The remainder of the complaint consists of Plaintiff's prayer for relief, to which no response is required.

All allegations not expressly admitted or denied are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims 5 and 27 through 38 in USPTO patent application 09/949,704 are unpatentable.

### SECOND AFFIRMATIVE DEFENSE

The statute, 35 U.S.C. § 145, does not authorize the Court to direct the USPTO to issue a patent.

### THIRD AFFIRMATIVE DEFENSE

The statute, 35 U.S.C. § 101, does not authorize the USPTO to issue a patent to an assignee.

*****

WHEREFORE, defendant requests that this Court deny plaintiff all relief requested, dismiss the complaint with prejudice, grant defendant such other relief as the Court deems appropriate, award defendant costs of this action, and direct plaintiff, pursuant to 35 U.S.C. § 145, to reimburse the defendant for all reasonable expenses incurred in defending this action, regardless of whether the final decision is in favor of defendant.

February 15, 2007                             Respectfully submitted,


                                              ___/s/_____
                                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                                              United States Attorney


                                              ___/s/_____
                                              RUDOLPH CONTRERAS, DC BAR #434122
                                              Assistant United States Attorney


                                              ___/s/_____
                                              JOHN F. HENAULT, D.C. Bar # 472590
                                              Assistant United States Attorney
                                              555 4th Street, N.W.
                                              Washington, DC 20530
                                              (202) 307-1249
                                              (202) 514-8780 (facsimile)

Of Counsel:

JOHN M. WHEALAN
Solicitor
STEPHEN WALSH
BENJAMIN D. M. WOOD
Associate Solicitors
United States Patent and Trademark Office
Alexandria, VA