UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DIRECTOR, UNITED STATES  )<br>    PATENT AND TRADEMARK  )<br>    OFFICE,  )<br>)<br>Defendant.  )<br>_____) | Civil Action No. 06-825 (JR) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Please take notice that on July 2, 2007, defendant filed the administrative record in this matter with the Clerk of the Court. Due to the length of the administrative record in this matter, it will be filed on CD-ROM and will be available for viewing in the Clerk's Office during normal business hours. A copy of the administrative record will be delivered by first class mail to counsel for plaintiff and a courtesy copy will be hand delivered to Judge Robertson's Chambers.

July 2, 2007                                     Respectfully submitted,


     /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


     /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


     /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)