UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

INNOVATIT SEAFOOD SYSTEMS, LLC, )
)
      Plaintiff, )
)
v. )
) Civil Action No. 06-825 (JR)
DIRECTOR, UNITED STATES )
    PATENT AND TRADEMARK )
    OFFICE, )
)
      Defendant. )
_____)

## ORDER

This matter comes before the Court on the parties' joint motion to amend the briefing schedule. After considering the parties' joint motion and the record herein, it is this ___ day of _____, 2007, hereby

ORDERED that the following schedule shall apply to this action:

**September 17, 2007**- The parties shall file simultaneous motions for summary judgment;

**October 19, 2007** - The parties shall file simultaneous oppositions to summary judgment;

**November 13, 2007** - The parties shall file simultaneous replies in support of their motions for summary judgment

                                    _____
                                    James Robertson
                                    United States District Judge