# NICHOLLS STATE UNIVERSITY
*A member of the University of Louisiana System*

December 3, 2002

Mr. Ernest Voisin
President, Motivatit Seafoods, Inc.
P.O. Box 134
Houma, LA 70361-0134

Dear Mr. Voisin,

This letter is in answer to your request to explain the difference in protein denaturation in raw oysters using heat versus using hydrostatic high pressure.

The purpose of post harvest treatment of raw oysters is to kill potential pathogenic bacteria using a mechanism that will not alter the raw texture of the oyster tissue. In order to kill the bacteria, proteins in the bacterial cells must be inactivated or "denatured."

The protein denaturation mechanism of thermal or heat processing involves "melting" of the non-covalent bonds that hold the tertiary (3-dimensional) structure of a protein together. The loss of 3-dimensional structures of proteins will inactivate them and thus kill the organism. Depending on the level of heat, new permanent covalent bonds may also be formed that will alter the structure of the protein food irreversibly.

The protein denaturation mechanism of high pressure processing (HPP) involves mechanical disruption of the non-covalent bonds that hold the tertiary (3-dimensional) structure of a protein together. Unlike thermal or heat treatments, hydrostatic high pressure does not involve thermal damage to protein tissues since thermal increase is minimal ($3^{\circ}C/14,500 PSI$), nor does it cause mechanical damage to delicate raw oyster tissue. In fact, the mechanical denaturation of the muscle proteins causes the oyster to release from the shell, increasing yield by as much as 50% (Kilgen et al, 2000). The two main targets for microbial inactivation using hydrostatic high pressure include mechanical damage to the cell membrane and mechanical denaturization of one or more key enzymes (Farr, 1990; Hoover et al., 1989; Rovere, 1995). According to Pascal's Law of liquids under pressure, the pressure has a uniform effect on everything inside the pressure vessel. Foods inside the pressure vessel in a fluid-filled container compensate for the external pressure because it is distributed in all directions equally. Therefore, HPP does not lead to large changes in volume and consequent mechanical damage to delicate food products (Farr, 1990; Rovere, 1995). Oysters lend themselves very well to this processing technology because of the delicate tissue and high water content of the organism.

If you need any further information, please do not hesitate to ask.

Sincerely,

Marilyn B. Kilgen, Ph.D.
Professor and Head, Department of Biological Sciences
Nicholls State University

**EXHIBIT A**

**Department of Biological Sciences**
P.O. Box 2021 • Thibodaux, LA 70310 • (985) 448-4700/4701 • www.nicholls.edu

**Literature Cited:**

Farr, D. High pressure technology in the food industry, a review. Trends in Food Science and Technology, July 1990, pp14-16.

Hoover, D.G., C. Metrick, A. Papineau, D. Farkas, and D. Knorr. March, 1989. Biological effects of high hydrostatic pressure on food microorganisms. Food Technology: 99-107

Kilgen, M.B. 2000. Processing controls for vibrios in raw oysters - hydrostatic high pressure processing. Proceedings, 25th Annual Meeting of the Seafood Science and Technology Society. October 9-11, Longboat Key, FL

Rovere, P. 1995. The third dimension of food technology. Tecnologie Alimentari 4:1-6.



AGRICULTURAL EXPERIMENT STATION
Department of Food Science
111 Food Science Building - LSU
Baton Rouge, Louisiana 70803-4200
(225)578-5206
Fax: (225)578-5300
Web site: www.lsuagcenter.com

September 12, 2003

Ernie Voisin
Motivatit Seafood, Inc.
PO Box 3916
Houma, LA  70361

Dear Mr. Voisin:

Please find enclosed the table which contains data from an initial trial in November 2002 of a LA Sea Grant funded research study by Dr. Jimmy Xu into the effects of post-harvest treatments on oyster quality. This study involved gas chromatography analysis of the levels of individual fatty acids in raw and HPP-treated oysters from Motavtit and cold-temperature pasteurization oysters from Ameripure.

Also enclosed is a copy of a poster presentation based on these fatty acid analysis results given at the Institute of Food Technologists Annual Meeting in Chicago, IL in July, 2003. Both the table of results and poster indicate that all three sample groups of oysters contain different profiles and levels of individual fatty acids.

Oysters from the same lots tested for fatty acid profiles were also used to demonstrate the use of sensory analysis techniques to a group of freshmen honors biology students by Dr. Sam Godber. The results are not rigorous for publication, as the study was selected as a method to demonstrate techniques used in food science analysis. However, using sensory difference testing techniques, the students demonstrate differences in flavor and mouthfeel of the oyster sample groups.

Sincerely,

Jon Bell, Assistant Professor
Seafood Technology
LSU AgCenter - Dept. Food Science
111 Food Science Building
Baton Rouge, LA  70803-4200
(225) 578-5190
(225) 578-5300 fax
jonbell@agcenter.lsu.edu



AGRICULTURAL EXPERIMENT STATION
Department of Food Science
111 Food Science Building - LSU
Baton Rouge, Louisiana 70803-4200
(225)578-5206
Fax: (225)578-5300
Web site: www.lsuagcenter.com

## Fatty Acid Analysis of Oysters -- November 2002

Results of GC (gas chromatography) analysis of fatty acids of raw untreated, temperature treated, and pressure treated oyster samples.

Oysters were sampled upon receipt, 24 hours after harvest or treatment

| Individual Fatty Acids | Initial FA amounts in oyster samples | | |
|---|---|---|---|
| | Raw Untreated (mg/g) | Ameripure Cold Pasteur. (mg/g) | Motavatit HPP (mg/g) |
| C14:0 | 0.033 | 0.052 | 0.019 |
| C16:0 | 0.191 | 0.219 | 0.459 |
| C16:1 | 0.036 | 0.047 | 0.059 |
| C18:1 | 0.055 | 0.049 | 0.058 |
| C18:2 | 0.038 | 0.037 | 0.042 |
| C18:3 | 0.081 | 0.068 | 0.160 |
| C20:1 | 0.043 | --- | 0.067 |
| C20:2 | 0.061 | --- | --- |
| C20:3 | 0.021 | 0.025 | 0.022 |
| C20:4 | 0.062 | 0.063 | 0.051 |
| C24:0 | 0.029 | --- | 0.026 |
| C22:6 | 0.158 | 0.166 | 0.102 |

\* -- FA's identified by # of carbon atoms and # of double bonds.
i.e. C14:0 means 14 carbon atoms and 0 double bonds



**COOPERATIVE EXTENSION SERVICE**
Knapp Hall, LSU Campus
Baton Rouge, Louisiana 70803
Post Office Box 25100
Baton Rouge, Louisiana 70894-5100
(225)388-4141
Fax: (225)388-2478
Website: www.agctr.lsu.edu

**EXTENSION PROGRAMS**
Agriculture and Forestry
Community Leadership
Economic Development
Environmental Sciences
Family and Consumer Sciences
4-H Youth Development
Natural Resources

Ernie Voisin, President
Motivatit Seafood, Inc.
PO Box 3916
Houma, LA 70361

December 2, 2002

Dear Mr. Voisin:

We are writing this letter to state our opinion as food technologists that the oyster produced by Motivatit's high pressure process (HPP) application is a unique food product, distinct from other oysters. This HPP treatment reduces *Vibrio vulnificus* to non-detectable levels.

Additionally, it is our opinion that the oyster produced by the HHP treatment of Motivatit is unique and different from other post-harvest treatments used to reduce *Vibrio vulnificus* to non-detectable levels. The HPP process uses pressure instead of thermal energy (heat) to destroy *vibrios*. A signifcant and unique result of this pressure pasteurization is that the oyster's adductor muscle is denatured, and the oyster's attachment mechanism to the shell is disrupted. The oyster is thus released from the shell, or shucked, at the end of the pressure treatment. The use of thermal energy to destroy *vibrios* utilized by Ameripure does not completely denature the adductor muscle of the oyster. After this thermal treatment, the oyster still requires manual shucking.

The final product oyster from Motivatit receives mechanical treatment, and the final product oyster from Ameripure receives both themal and mechanical treatment, both of which are "*vibrio* free". However, the physical condition of the oyster processed by HPP treatment is intact and whole, having an intact adductor muscle and free from any knife marks or intrusions. After thermal treatment, the Ameripure oyster still requires manual shucking, and the physical condition of the oyster meat will be variable, with a partial adductual muscle attached to the oyster, depending on the application of the shucking knife.

Recent studies in the LSU Department of Food Science support this conclusion. Dr. Jimmy Xu tested different oysters for fatty acid composition using gas chromatography chemical identification technology. Food products, and the plants and animals that they are derived from, are made up of chemical compounds. Fatty acids are the building blocks of lipids, or



A State Partner in the Cooperative Extension System
The LSU Agricultural Center is a statewide campus of the LSU System and provides equal opportunities in programs and employment. Louisiana State U
Louisiana parish governing bodies, Southern University, and United States Department of Agriculture cooperating

**EXHIBIT B**

fats, and different types and amounts of fatty acids affect the unique physiological functioning of the living entity and its food product after harvest. Dr. Xu's test results show that the fatty acid profile of Motivatit's HPP oyster is different from both raw untreated oysters and the warm water/chilled water treated oysters from Ameripure, Inc.

During this period of Dr. Xu's fatty acid analysis, Dr. Sam Godber performed sensory testing on these same oysters for a class project. Student panelists analyzed the oysters for flavor, odor, and texture. The conclusion of the sensory panel and class was that all of the three different types of oysters were different from each other.

Analysis of the physical conditional of the oyster due to the post-haverst treatments utilized to reduce *vibrios* to non-detectable levels, the results of the fatty acid profile analysis, and the results from the controlled sensory testing from the class project all strongly support our conclusion that the oyster produced by Motivatit's HPP treatment is unique and a different oyster from the live, raw oyster and other post-harvest treated oysters.

Sincerely,

*[signature]*                                                         *[signature]*

Jon W. Bell, PhD                                                      J. David Bankston, PhD
Asst. Professor, Seafood Technology                                   Professor, Food Science
LSU -- Dept. of Food Science                                          LSU -- Dept. of Food Science
111 Food Science Building                                             111 Food Science Building
Baton Rouge, LA 70803-4200                                            Baton Rouge, LA 70803-4200
225-578-5190                                                          225-578-2907
225-578-5300 fax                                                      225-578-5300 fax
jonbell@agcenter.lsu.edu                                              dbankston@agctr.lsu.edu

IN THE UNITED STATES PATENTS AND TRADEMARK OFFICE

Applicant: Ernest A. Voisin

Serial No.: 09/949704

Filing Date: 9-10-01

Examiner: Drew Becker

Group Art Unit: 1761

For: U.S. Patent application for "A PROCESS OF ELIMINATION OF BACTERIA IN SHELLFISH, OF SHUCKING SHELLFISH AND AN APPARATUS THEREFOR."

DECLARATION UNDER 37 C.F.R. SECTION 1.132

I, Christopher Lee Nelson, declare and say:

That I am a citizen of the United States of America and I reside at 12582 Oak Tree Drive, Magnolia Springs, AL 36555. I began my work in the Oyster industry in 1989 and have been active in this field ever since. I am totally experienced with oyster biology, microbiology, and industry practice.

I am an active member of the National Fisheries Institute, Molluscan Shellfish Institute, National Shellfisheries Association, Southeastern Fisheries Association, Interstate Shellfish Sanitation Conference, Gulf Oyster Industry



Council, Gulf States Marine Fisheries Commission, Alabama Seafood Association, South Baldwin Chamber of Commerce, and the Louisiana Oyster Dealers and Growers Association.

I am very familiar with the products that result from TESVICH patent number 5,773,064 (heat process) and VOISIN patent application number 09/949704 (high pressure process).

The TESVICH process is a heat process and is very difficult to control because of the lack of uniformity of the oysters being processed. In order to heat the meat to a proper temperature, the heat has to travel through the shell of the oyster. The shells vary in thickness and density and have an effect on heat transfer. The meat also varies in density and affects the heat penetration throughout the meat. Each batch of oysters being processed contains oysters of varying densities and sizes. In order to be certain that the vibrio vulnificus bacteria is reduced to non-detectable levels in all the oysters, the time and temperature cycle must be at the higher levels to properly treat the largest and/or most dense oysters. This will result in over cooking the less dense oysters. When this happens the edges of the meat can or may begin to curl and shrink due to protein degradation resulting in a partially cooked product.

The VOISIN process is a high isostatic hydrostatic pressure process. The oysters are placed in a high-pressure chamber in water. The water is pressurized with a high-pressure pump to a predetermined pressure and for a predetermined amount of time. The size, shape, and density of the oysters is not a factor as the pressure is exactly the same throughout the chamber and its contents. This process reduces the vibrio bacteria to non-detectable levels and also causes the adductor muscle of the oyster to release from the shell.

These two processes are totally different and the end products are totally different. I have tasted both products and I declare the following:

The TESVICH oyster is inconsistent in taste and appearance because it is partially cooked and shucked by hand with a knife. When shucked by hand with a knife, the oyster meat's outer membrane is usually cut, allowing the juices to escape. Also, the oyster muscle cannot be cut completely from the shell thereby leaving part of the muscle on each shell.

The VOISIN oyster is consistent in taste and appearance because the process does not change the taste or texture and it is perfectly shucked during the process.

That the undersigned declares further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patents issuing thereon.

Further declarant saith not.

Date: 12/9/2002

IN THE UNITED STATES PATENTS AND TRADEMARK OFFICE

Applicant: Ernest A. Voisin

Serial No.: 09/949704

Filing Date: 9-10-01

Examiner: Drew Becker

Group Art Unit: 1761

For: U.S. Patent application for "A PROCESS OF ELIMINATION OF BACTERIA IN SHELLFISH, OF SHUCKING SHELLFISH AND AN APPARATUS THEREFOR."

DECLARATION UNDER 37 C.F.R. SECTION 1.132

I, Alfred R. Sunseri, declare and say:

That I am a citizen of the United States of America and I reside at 833 Celeste Avenue, River Ridge, LA 70123. I began my work in the oyster processing and distributing industry in 1980 and have been active in this field ever since. I am totally experienced with oyster processing, distributing, farming, as well as, state and national regulations and requirements for oyster processing and distribution.


EXHIBIT D

I am an active member of the Louisiana Oyster Dealers and Growers Association, Louisiana Oyster Task Force, Gulf Oyster Industry Council, and the Interstate Shellfish Sanitation Conference.

I am very familiar with the products that result from TESVICH patent number 5,773,064 (heat process) and VOISIN patent application number 09/949704 (high pressure process).

The TESVICH process is a heat process and is very difficult to control because of the lack of uniformity of the oysters being processed. In order to heat the meat at the proper temperature, the heat has to travel through the shell of the oyster. The shells vary in thickness and density and have an effect on heat transfer. The meat also varies in density and affects the heat penetration throughout the meat. Each batch of oysters being processed contains oysters of varying densities. In order to be certain that the vibrio vulnificus bacteria is reduced to non-detectable levels in all the oysters, the time and temperature cycle must be at the higher levels to properly treat the most dense oysters. This will result in over cooking the less dense oysters. When this happens the edges of the meat can or may begin to curl and shrink due to protein degradation resulting in a partially cooked product.

The VOISIN process is a high isostatic hydrostatic pressure process. The oysters are placed in a high-pressure chamber in water. The water is pressurized with a high-pressure pump to a predetermined pressure and for a predetermined amount of time. The size, shape, and density of the oysters is not a factor as the pressure is exactly the same throughout the chamber. This process reduces the vibrio bacteria to non-detectable levels and also causes the muscle of the oyster to release from the shell.

These two processes are totally different and the end products are totally different. I have tasted both products many times and I declare the following:

The TESVICH oyster is inconsistent in taste and appearance because it is partially cooked and shucked by hand with a knife. When shucked by hand with a knife, the oyster meat's outer membrane is usually cut, allowing the juices to escape. Also, the oyster muscle cannot be cut completely from the shell thereby leaving part of the muscle on each shell.

The VOISIN oyster is consistent in taste and appearance because the process does not change the taste or texture and it is perfectly shucked during the process.

That the undersigned declares further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patents issuing thereon.

Further declarant saith not.

Date: 11/14/02

_____
Alfred R. Sunseri