## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER FOR PATENTS, )<br>)<br>Defendant. ) | Civil Action No. 06-0825(JR) |

### ORDER

On _____, 2007 Motions for Summary Judgments of the Plaintiff and the Defendant came before the Court. Having considered the Motions and authorities cited therein, the Court hereby grants Plaintiff's Motion for Summary Judgment and denies Defendant's Motion for Summary Judgment.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED.

_____
**JUDGE JAMES ROBERTSON**
**U. S. DISTRICT COURT**

Submitted by:

Thomas S. Keaty, *Pro Hoc Vice*
Keaty Professional Law Corporation
2140 World Trade Center
2 Canal Street
New Orleans, Louisiana 70130
Attorney for Plaintiff