# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-0825(JR) |
| | ) |
| COMMISSIONER FOR PATENTS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF HEARING

It is hereby noted that the hearing for the Plaintiff's Motion and Memorandum for Summary Judgment be set on immediately following the hearing of Defendants Motion and Memorandum for Summary Judgment with Magistrate Judge James Robertson, United States District Court, District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001

.

        **JUDGE JAMES ROBERTSON**
        **U. S. DISTRICT COURT**