**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-825(JR) |
| ) | |
| DIRECTOR, UNITED STATES ) | |
| PATENT AND TRADEMARK ) | |
| OFFICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ERRATA

Defendant, through undersigned counsel, files this Errata to submit the table of authorities and table of contents for the memorandum of law submitted with Defendant's summary judgment motion (Dkt. Entry 28). The tables — attached as Exhibit 1 to this Errata — were inadvertently omitted from the memorandum that the undersigned filed electronically on November 2, 2007.

Dated: November 5, 2007             Respectfully submitted,

                                                     /s/ Robin M. Meriweather
                                    ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                    Assistant United States Attorney
                                    555 4th Street, N.W.
                                    Washington, DC 20530
                                    (202)514-7198
                                    (202) 514-8780 (facsimile)