## TABLE OF AUTHORITIES

### FEDERAL CASES

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Atlas Powder Co. v. Ireco, Inc.*, 190 F.3d 1342 (Fed. Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . 20

*Barmag Barmer Maschinefabrik AG v. Murata Mach.*, 731 F.2d 831 (Fed. Cir. 1984) . . . . . . . 11

*Burke v. Gould*, 286 F.3d 513 (D.C. Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*ExxonMobil Chem Patents Inc. v. Godici*, 2002 WL 34233002, at *3 (D.D.C. Feb. 12, 2002)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Fregeau v. Mossinghof*, 776 F.2d 1034 (Fed. Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Fund for Animals v. Williams*, 246 F. Supp. 2d. 27 (D.D.C. 2003) . . . . . . . . . . . . . . . . . . . . . . 10

*Gould v. Quigg*, 822 F.2d 1074 (Fed. Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 12

*Hayes v. Shalala*, 902 F. Supp. 259 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Hyatt v. Dudas,* 393 F. Supp. 2d. 1 (D.D.C. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Hyatt v. Dudas*, No. 03-0901, 2005 WL 5569663, at *2 (D.D.C. Sept. 30, 2005) . . . . . . . . . . . . 3

*In re de Blauwe*, 736 F.2d 699 (Fed. Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

*In re Gartside*, 203 F.3d 1305 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*In re Kulling*, 897 F.2d 1147 (Fed. Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*In re Peterson*, 315 F.3d 1325 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*In re Thorpe*, 777 F.2d 695 (Fed. Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 13

*In re Woodruff*, 919 F.2d 1575 (Fed. Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

*Innovatit Seafood Systems, LLC v. Dudas*, Civ. No. 06-822 . . . . . . . . . . . . . . . . . . . 4, 10, 11, 13

*Matsushita Elec. Indus. Co. v. Zenith Radio* Corp., 475 U.S. 574 (1986) . . . . . . . . . . . . . . . 10, 11

*Mazzari v. Rogan*, 323 F.3d 1000 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*SmithKline Beecham Corp. v. Apotex Corp.*, 439 F.3d 1312 (Fed. Cir. 2006) . . . . . . . . 12, 13, 15

## FEDERAL STATUTES

5 U.S.C. § 701 *et seq.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

5 U.S.C. § 706 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

35 U.S.C. § 102 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

35 U.S.C. § 102(e) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 12, 16

35 U.S.C. § 103 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

35 U.S.C. § 112 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3

35 U.S.C. § 134 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

35 U.S.C. § 134(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

35 U.S.C. § 141 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

35 U.S.C. § 145 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 11

## FEDERAL REGULATIONS

37 C.F.R. § 1.104(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

37 C.F.R. § 1.104(a)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

37 C.F.R. § 1.111 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

37 CFR § 1.192(c)(7) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 14

37 C.F.R. § 41.37(c)(1)(vii) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

**TABLE OF CONTENTS**

**INTRODUCTION AND SUMMARY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**BACKGROUND** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    A.    The Procedures for Applying for and Obtaining a Patent . . . . . . . . . . . . . . . 2

    B.    Factual Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        1.    The '704 Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
            a.    The Invention as Described in the '704 Application . . . . . . . . 4
            b.    Claims at Issue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
        2.    The Prior Art of Record:  The Tesvich '064 Patent . . . . . . . . . . . . . . 6
           3.    Innovatit's Appeal to the Board . . . . . . . . . . . . . . . . . . . . . . . . . 7
           4.    The Board Decision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**STANDARD OF REVIEW** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    A.    Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    B.    Review of Actions Brought Pursuant to 35 U.S.C. § 145 . . . . . . . . . . . . . . 11

**ARGUMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

I.    SUBSTANTIAL EVIDENCE SUPPORTED THE EXAMINER'S FINDING THAT PRIOR PATENTS ANTICIPATED THE PRODUCT PLAINTIFF SOUGHT TO PATENT PURSUANT TO 35 USC § 102(e) AND PRECLUDED THE GRANT OF PLAINTIFF'S PATENT APPLICATION FOR THAT PRODUCT. . . . . . . . . . . . 12

    A.    The Pending Claims Cover a Raw, Shucked Mollusk That Is Free from Pathogenic Bacteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

    B.    Tesvich '064 Discloses a Raw, Shucked Mollusk That Is Free from Pathogenic Bacteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

    C.    Innovatit Has Not Provided Persuasive Evidence That the Tesvich '064 Shellfish Differs From the Claimed Shellfish . . . . . . . . . . . . . . . . . . . . . . . . 16

II.    IN THE ALTERNATIVE, THIS CASE SHOULD BE REMANDED SO THAT THE USPTO MAY CONSIDER WHETHER PLAINTIFF'S CLAIMS ALSO ARE ANTICIPATED BY JP '156 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

**CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21