EXHIBIT B

FORM OF ASSIGNMENT TO MOTIVATIT

ASSIGNMENT OF PATENTS

WHEREAS, Innovatit Seafood Systems, L.L.C., a Louisiana limited liability company, with an address of 116 East Ellendale Estates Drive, Houma, Louisiana 70360 (hereinafter referred to as "ASSIGNOR"), is the owner of United States and other patents and patent applications set forth in Schedule A attached hereto and made a part hereof (the listed patents and patent applications collectively referred to herein as the "PATENTS");

WHEREAS, Motivatit Seafoods, L.L.C., a Louisiana limited liability company, with an address of 412 Palm Ave., Houma, Louisiana 70364 (hereinafter referred to as "ASSIGNEE"), is desirous of acquiring all right, title and interest in the PATENTS, all Letters Patent that may be granted for the PATENTS in the United States and foreign countries, and all inventions described in the PATENTS owned by ASSIGNOR;

NOW THEREFORE, in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE, the entire right, title and interest in and to the PATENTS, all Letters Patent that may be granted for the PATENTS in the United States and foreign countries, all inventions described in the PATENTS owned by ASSIGNOR, and any and all foreigns, divisions, reissues, continuations and extensions thereof, and all rights of ASSIGNOR associated therewith, including the right to sue for and collect damages by reason of past infringements of the PATENTS. ASSIGNOR further assigns to ASSIGNEE the right to claim priority or other rights deriving from any patent applications by virtue of internatio convention, treaty or otherwise. The PATENTS, and all other patents, patent application

EXHIBIT
A

registrations and inventions assigned hereby, to be held and enjoyed by ASSIGNEE for its use

and benefit and by its successors and assigns for their use and benefit as fully and entirely as the

same would have been held and enjoyed by ASSIGNOR had this assignment, transfer and sale

not been made.

Executed at _Houma_ , _Louisiana_ , this 28ᵀᴴ day of _September_ , 2007.

ASSIGNOR
**Innovatit Seafood Systems, L.L.C.**

By_____
Name: Steven A. Voisin
Title: Manager

Executed at _Houma_ , _Louisiana_, this 28ᵗʰ day of _September_ , 2007.

ASSIGNEE
**Motivatit Seafoods, L.L.C.**

By_____
Name: Michael C. Voisin
Title: Vice President

State of Louisiana     )
                       ) ss.
Parish of T̲E̲R̲R̲E̲B̲O̲N̲N̲E̲


I certify that I know or have satisfactory evidence that Steven A. Voisin is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute this instrument, and acknowledged it as the Manager of **Innovatit Seafood Systems, L.L.C.**, to be the free and voluntary act of said company for the uses and purposes mentioned in the instrument.

Dated _____SEPT 2-8 , 2007_____

Signature of
Notary Public _____

Printed Name _____ROBERT B BUTLER III_____

My Appointment Expires _____at death_____


State of Louisiana     )
                       ) ss.
Parish of T̲E̲R̲R̲E̲B̲O̲N̲N̲E̲


I certify that I know or have satisfactory evidence that Michael C. Voisin is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute this instrument, and acknowledged it as the Vice President of **Motivatit Seafoods, L.L.C.**, to be the free and voluntary act of said corporation for the uses and purposes mentioned in the instrument.

Dated _____SEPT 28 , 2007_____

Signature of
Notary Public _____

Printed Name _____ROBERT B BUTLER III_____

My Appointment Expires _____at death_____

# SCHEDULE A

## PATENTS

| Country | Title | Application Number Filing Date | Patent or Publication Number Issue Date | Status |
|---|---|---|---|---|
| United States | Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 09/457,835<br>12/9/1999 | 6,217,435<br>4/17/2001 | Granted |
| United States | Apparatus For Pressure Treating Shellfish | 09/524,442<br>03/14/2000 | 6,393,977<br>05/28/2002 | Granted |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/736,708<br>12/15/2000 | 6,426,103<br>07/30/2002 | Granted |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/723,363<br>11/27/2000 | 6,537,601<br>03/25/2003 | Granted |
| United States | Bottom Discharge Container | 10/141,656<br>05/08/2002 | 6,824,019<br>11/30/2004 | Granted |
| United States | High Pressure Process to Eliminate Vibrios And Other Bacteria In Oysters Clams and Other Shellfish | 60/071,819<br>01/20/1998 | | Expired Provisional Application |
| United States | High Pressure Process to Shuck Oysters Clams and Other Shellfish | 60/074,582<br>02/13/1998 | | Expired Provisional Application |
| United States | Method of Processing Crustaceans | 11/500,557<br>8/8/2006 | | Pending |
| United States | Another Method of Fabricating the Yoke and Chamber of High Pressure Processing Equipment | 60/086,484<br>05/26/1998 | | Expired Provisional Application |

| Country | Title | Application Number Filing Date | Patent or Publication Number Issue Date | Status |
|---|---|---|---|---|
| United States | Process of Elimination of Bacteria in Shellfish of Shucking Shellfish and an Apparatus Therefor | 09/121,725 <br> 07/24/1998 | | Court Appeal Pending |
| United States | Quick Removable Bottom Lid to Facilitate Dumping Water and Product From High Pressure Processing Basket | 60/289,581 <br> 05/09/2001 | | Expired Provisional Application |
| United States | Process of Elimination of Bacteria in Shellfish of Shucking Shellfish and an Apparatus Therefor | 09/949,704 <br> 09/10/2001 | | Court Appeal Pending |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/302,116 <br> 04/29/1999 | | Abandoned |
| United States | Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 09/524,444 <br> 03/14/2000 | | Abandoned |
| Europe | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | EP1990937429 <br> 07/23/1999 | EP 1 100 340 B1 <br> 09/29/2004 | Granted |
| Canada | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 2,338,499 <br> 01/24/2001 | | Pending |
| PCT | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | US99/16759 <br> 07/23/1999 | WO2000/04785 <br> 02/03/2000 | Published |
| PCT | A Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | US00/11127 <br> 04/26/2000 | WO2000/65923 <br> 11/09/2000 | Published |
| Germany | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A <br> 07/23/1999 | DE69920715D <br> 09/29/2004 | Granted |

| Country | Title | Application Number | Patent or Publication Number | Status |
|---|---|---|---|---|
| | | Filing Date | Issue Date | |
| Spain | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Spanish National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| France | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | French National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Great Britain | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Great Britain National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Ireland | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Irish National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Italy | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Irish National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| The Netherlands | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Netherlands National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |

EXHIBIT C

FORM OF ASSIGNMENT TO AVURE

ASSIGNMENT OF PATENTS

WHEREAS, Motivatit Seafoods, Inc., a Louisiana limited liability company, with an

address of 412 Palm Ave., Houma, Louisiana 70364 (hereinafter referred to as "ASSIGNOR"),

is the owner of United States and other patents and patent applications set forth in Schedule A

attached hereto and made a part hereof (the listed patents and patent applications collectively

referred to herein as the "PATENTS"), such ownership being obtained by assignment from

Innovatit Seafood Systems, L.L.C., a Louisiana limited liability company;

WHEREAS, Avure Technologies Incorporated, a Delaware corporation, with an address

of 22408 – 66th Avenue South, Kent, Washington 98032 (hereinafter referred to as

"ASSIGNEE"), is desirous of acquiring all right, title and interest in the PATENTS, all Letters

Patent that may be granted for the PATENTS in the United States and foreign countries, and all

inventions described in the PATENTS owned by ASSIGNOR;

NOW THEREFORE, in consideration of One Dollar ($1.00) and other good and valuable

consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR

hereby sells, assigns and transfers to ASSIGNEE, the entire right, title and interest in and to the

PATENTS, all Letters Patent that may be granted for the PATENTS in the United States and

foreign countries, all inventions described in the PATENTS owned by ASSIGNOR, and any and

all foreigns, divisions, reissues, continuations and extensions thereof, and all rights of

ASSIGNOR associated therewith, including the right to sue for and collect damages by reason of

past infringements of the PATENTS. ASSIGNOR further assigns to ASSIGNEE the right to

claim priority or other rights deriving from any patent applications by virtue of international

convention, treaty or otherwise. The PATENTS, and all other patents, patent applications,

registrations and inventions assigned hereby, to be held and enjoyed by ASSIGNEE for its use

and benefit and by its successors and assigns for their use and benefit as fully and entirely as the

same would have been held and enjoyed by ASSIGNOR had this assignment, transfer and sale

not been made.


Executed at _HoumA_ , _Louisiana_ , this _28th_ day of _September_, 2007.


ASSIGNOR
Motivatit Seafoods, L.L.C.

By_____
Name: Michael C. Voisin
Title: Vice President


Executed at _Houma_ , _Louisiana_ , this _28th_ day of _September_, 2007.


ASSIGNEE
Avure Technologies Incorporated

By_____
Name: Don P. Adams Jr.
Title: President & CEO ,

State of Louisiana    )
                      ) ss.
Parish of _TERREBONNE_

I certify that I know or have satisfactory evidence that Michael C. Voisin is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute this instrument, and acknowledged it as the Vice President of Motivatit Seafoods, L.L.C., to be the free and voluntary act of said corporation for the uses and purposes mentioned in the instrument.

Dated       _SEPT 28, 2007_
Signature of
Notary Public    _Robert B Butler_
Printed Name    _ROBERT B BUTLER JR_
My Appointment Expires    _at death_

State of Louisiana    )
                      ) ss.
Parish of _TERREBONNE_)

I certify that I know or have satisfactory evidence that Don P. Adams Jr. is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute this instrument, and acknowledged it as the President & CEO of Avure Technologies Incorporated, to be the free and voluntary act of said corporation for the uses and purposes mentioned in the instrument.

Dated       _SEPT 28, 2007_
Signature of
Notary Public    _Robert J Butler_
Printed Name    _ROBERT B BUTLER JR_
My Appointment Expires    _at death_

## SCHEDULE A

## PATENTS

| Country | Title | Application Number | Patent or Publication Number | Status |
|---------|-------|--------------------|------------------------------|--------|
| | | Filing Date | Issue Date | |
| United States | Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 09/457,835 | 6,217,435 | Granted |
| | | 12/9/1999 | 4/17/2001 | |
| United States | Apparatus For Pressure Treating Shellfish | 09/524,442 | 6,393,977 | Granted |
| | | 03/14/2000 | 05/28/2002 | |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/736,708 | 6,426,103 | Granted |
| | | 12/15/2000 | 07/30/2002 | |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/723,363 | 6,537,601 | Granted |
| | | 11/27/2000 | 03/25/2003 | |
| United States | Bottom Discharge Container | 10/141,656 | 6,824,019 | Granted |
| | | 05/08/2002 | 11/30/2004 | |
| United States | High Pressure Process to Eliminate Vibrios And Other Bacteria In Oysters Clams and Other Shellfish | 60/071,819 | | Expired Provisional Application |
| | | 01/20/1998 | | |
| United States | High Pressure Process to Shuck Oysters Clams and Other Shellfish | 60/074,582 | | Expired Provisional Application |
| | | 02/13/1998 | | |
| United States | Method of Processing Crustaceans | 11/500,557 | | Pending |
| | | 8/8/2006 | | |
| United States | Another Method of Fabricating the Yoke and Chamber of High Pressure Processing Equipment | 60/086,484 | | Expired Provisional Application |
| | | 05/26/1998 | | |

| Country | Title | Application Number | Patent or Publication Number | Status |
|---------|-------|--------------------|------------------------------|--------|
| | | Filing Date | Issue Date | |
| United States | Process of Elimination of Bacteria in Shellfish of Shucking Shellfish and an Apparatus Therefor | 09/121,725 | | Court Appeal Pending |
| | | 07/24/1998 | | |
| United States | Quick Removable Bottom Lid to Facilitate Dumping Water and Product From High Pressure Processing Basket | 60/289,581 | | Expired Provisional Application |
| | | 05/09/2001 | | |
| United States | Process of Elimination of Bacteria in Shellfish of Shucking Shellfish and an Apparatus Therefor | 09/949,704 | | Court Appeal Pending |
| | | 09/10/2001 | | |
| United States | Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | 09/302,116 | | Abandoned |
| | | 04/29/1999 | | |
| United States | Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 09/524,444 | | Abandoned |
| | | 03/14/2000 | | |
| Europe | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | EP1990937429 | EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Canada | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | 2,338,499 | | Pending |
| | | 01/24/2001 | | |
| PCT | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | US99/16759 | WO2000/04785 | Published |
| | | 07/23/1999 | 02/03/2000 | |
| PCT | A Process of Elimination of Bacteria in Shellfish and of Shucking Shellfish | US00/11127 | WO2000/65923 | Published |
| | | 04/26/2000 | 11/09/2000 | |
| Germany | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | DE69920715D | Granted |
| | | 07/23/1999 | 09/29/2004 | |

| Country | Title | Application Number | Patent or Publication Number | Status |
|---|---|---|---|---|
| | | Filing Date | Issue Date | |
| Spain | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Spanish National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| France | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | French National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Great Britain | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Great Britain National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Ireland | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Irish National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| Italy | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Irish National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |
| The Netherlands | A Process of Elimination of Bacteria in Shellfish, of Shucking Shellfish and an Apparatus Therefor | N/A | Netherlands National Part of EP 1 100 340 B1 | Granted |
| | | 07/23/1999 | 09/29/2004 | |