### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., )<br><br>Plaintiffs )<br><br>v. )<br><br>COMMISSIONER FOR PATENTS, )<br><br>Defendant ) | Civil Action No. 06-0825(JR) |

## ERRATA

Plaintiffs, through undersigned counsel, file this Eratta to submit the Motion, Table of Authorities and Table of Contents for the Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (Docket Entry 32). The Motion (Exhibit 1), tables (Exhibit 2) and Order (Exhibit 3) to this Errata, were inadvertently omitted from the Plaintiffs' Opposition to Defendant's Motion for Summary Judgment that the undersigned filed electronically on November 30, 2007.

Dated: December 4, 2007

Respectfully submitted,

/s/Thomas S. Keaty
Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiff
Keaty Professional Law Corporation
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)

1