# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., ) ) ) Plaintiffs ) ) v. ) ) COMMISSIONER FOR PATENTS, ) ) Defendant ) | Civil Action No. 06-0825(JR) |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Innovatit Seafood Systems, L.L.C. and Avure Technologies, Inc., joined as a party under Rule 19 FRCP ("Plaintiffs") pursuant to Court Order of November 27, 2007, oppose Commissioner for Patents ("Defendant") motion for summary judgment of anticipation of the claims of the application-in-suit Serial No. 09/949,704 ("application-in-suit"). As detailed in the attached Memorandum of Points and Authorities, the Defendant did not establish by clear and convincing evidence that it is entitled to a judgment in its favor as a matter of law.

Respectfully submitted,

/s/Thomas S. Keaty
Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiff
Keaty Professional Law Corporation
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)

Richard J. Oparil
District of Columbia Bar No. 409723
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)

*Attorney For Plaintiffs*
*Innovatit Seafood Systems LLC and*
*Avure Technologies, Inc.*

**CERTIFICATE OF SERVICE**

      I herby certify that on December 4, 2007, I electronically filed the foregoing with the clerk of court by using CM/ECF system, with the US District Court for the District of Columbia, 333 Constitution Ave., NW, Washington DC 20001.

      And served on Defendant through their counsel of record by depositing same with the U.S. mail, first class postage prepaid, or by facsimile transmission or by hand delivery.

      Robin M. Meriweather, D.C. Bar #490114
      Jeffrey A. Taylor, D.C. Bar #498610
      Rudolph Contreras, D.C. Bar #434122
      Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)

      /s/ Thomas S. Keaty

      Thomas S. Keaty, *pro hac vice*
      Attorney for Plaintiff
      Keaty Professional Law Corporation
      2140 World Trade Center
      No. 2 Canal Street
      New Orleans, LA 70130
      (504) 524-2100
      (504) 524-2105 (fax)