**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC. </br></br>Plaintiffs,</br></br>v.</br></br>COMMISSIONER FOR PATENTS,</br></br>Defendant | )</br>)</br>)</br>)</br>)</br>)  Civil Action No. 06-0825(JR)</br>)</br>)</br>)</br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO
DEFENDANT'S MOTION  FOR SUMMARY JUDGMENT**

# TABLE OF AUTHORITIES

*Cases*

Anderson v. Liberty Lobby Inc., 477 U.S. 242 (1986)....................................................................3

Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986)...........................................................3

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) ...............................................................................3

Connell v. Sears, Roebuck & Co., 722 F.2d 1542, 1548, 220 U.S.P.Q. (BNA) 193, 198 (Fed. Cir. 1983) ........................................................................................................................................7

Cont'l Can Co. USA, Inc. v. Monsanto Co., 948 F.2d 1264, 1265 (Fed. Cir. 1991) ......................3

Diversified Corp v. Century Steps, Inc., 850 F.2d 675 (Fed. Cir. 1988) ........................................4

ExxonMobil Chemical Patents Inc. v. Godici, 2002 WL 34233002 (D.D.C. 2002) ......................5

Glaverbel SA v. Northlake Mktg., 45 F.3d 1550 (Fed. Cir. 1995) ..................................................4

Hedges, 783 F.2d 1038 (C.A.F.C. 1986) ........................................................................................6

Interconnect Planning Corp. v. Feil, 774 F.2d 1132 (Fed. Cir. 1985); ..........................................3

McNeely v. Commissioner of Patents, 334 F.Supp. 564 (D.C.D.C. 1971) .....................................5

Nygard, 341 F2d, 924, 928-9, 144 USPQ 586, 590 (CCPA 1965)................................................6,

Rockwell Intl. V. United States, 147 F.3d 1358 (Fed. Cir. 1998) ...................................................3

Scripps Clinic & Research Found. v. Genentech Inc., 927 F.2d 1565 (Fed. Cir. 1991).............3, 4

SRI Int'l v. Matsushita Elec. Corp. of Am., 775 F.2d 1107, 1116 (Fed. Cir. 1985) .......................3

*Statutes*

35 U.S.C. § 102..............................................................................................................................4

37 C.F.R. § 41.50(a)(1)..................................................................................................................5

*Other Authorities*

MPEP § 1211 .................................................................................................................................4

*Rules*

Fed. R. Civ. P. 56(c) ......................................................................................................................2

Rule 56 ........................................................................................................................3

# TABLE OF CONTENTS

*I.     INTRODUCTION*..................................................................Error! Bookmark not defined.

*II.    SUMMARY OF ARGUMENT* .............................................Error! Bookmark not defined.

*III.   SUMMARY JUDGMENT STANDARD* ...............................Error! Bookmark not defined.

*IV.    PTO'S SUMMARY JUDGMENT PRESENTS NEW ISSUES ON APPEAL*......... *Error! Bookmark not defined.*

    1.     PTO's Request for Remand Is Unfair ......................**Error! Bookmark not defined.**

    2.     PTO's Argument of Anticipation Based on JP '156 Constitutes New Issue ..**Error! Bookmark not defined.**

*V.     PTO'S SUMMARY JUDGMENT SHOULD BE DENIED IN VIEW OF SUBSTANTIAL ISSUES OF FACT AND LAW RAISED BY THE PLAINTIFFS*.......... *Error! Bookmark not defined.*

    1. Plaintiffs Disagree with Defendant's Statements of Uncontested Facts.................**Error! Bookmark not defined.**

    2. Plaintiffs' Evidence Raises Substantial Issues of Fact Precluding Grant of Summary Judgment for Defendant...............................................................**Error! Bookmark not defined.**

*IV.    CONCLUSION*....................................................................Error! Bookmark not defined.