# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 06-0825(JR) |
| COMMISSIONER FOR PATENTS, ) ) | |
| Defendant ) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTINUANCE

The undersigned plaintiff's counsel respectfully requests this Court for a continuance in the above-styled case for medical reasons. The hearing is currently scheduled for June 28, 2008. Since the medical condition is expected to resolve in about eight to ten days, the opposing side will not be prejudiced.

The undersigned respectfully submits that this is the first request for continuance by the plaintiffs.

Respectfully submitted,

/s/Thomas S. Keaty
Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiff
Keaty Professional Law Corporation
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)