## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC and AVURE TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COMMISSIONER FOR PATENTS, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 06-0825(JR) |

### MOTION FOR CONTINUANCE OF ORAL HEARING

NOW INTO COURT, comes the undersigned plaintiff's Counsel and respectfully requests the Court for continuance in the above-styled case for the reasons set out in the accompanying Memorandum. This is the second request for continuance by the plaintiffs. The first request for continuance was made by the opposing counsel based on the counsel's scheduling conflict; the first Plaintiffs' request for continuance was due to health reasons.

The undersigned attempted to contact the opposing counsel and her office but was unable to receive a response regarding this request for continuance.

The undersigned has contacted the Case Manager in this Court and it has been indicated that Friday, August 1st would be available for the hearing. It is respectfully requested that this date of the hearing on summary Judgment Motions be reset for August 1st

Respectfully submitted,

/s/Thomas S. Keaty
Thomas S. Keaty, *pro hac vice*
Attorney for Plaintiffs
Keaty Professional Law Corporation
2140 World Trade Center
No. 2 Canal Street
New Orleans, LA 70130
(504) 524-2100
(504) 524-2105 (fax)

1

2

## CERTIFICATE OF SERVICE

     I herby certify that on July 28, 2008, I electronically filed the foregoing with the clerk of court by using CM/ECF system, with the US District Court for the District of Columbia, 333 Constitution Ave., NW, Washington DC 20001.

     And served on Defendant through their counsel of record by depositing same with the U.S. mail, first class postage prepaid, or by facsimile transmission or by hand delivery.

     Robin M. Meriweather, D.C. Bar #490114
     Jeffrey A. Taylor, D.C. Bar #498610
     Rudolph Contreras, D.C. Bar
     Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)

     /s/ Thomas S. Keaty
     Thomas S. Keaty