**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INNOVATIT SEAFOOD SYSTEMS, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> COMMISSIONER FOR PATENTS, : <br> : <br> Defendant. : <br> _____ : <br> INNOVATIT SEAFOOD SYSTEMS, LLC, : <br> *et al.*, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> COMMISSIONER FOR PATENTS, : <br> : <br> Defendant. : | Civil Action No. 06-0822 (JR) <br><br><br><br><br><br> Civil Action No. 06-0825 (JR) |

**ORDER**

In No. 06-0822, defendant's motion for summary judgment [25] is **GRANTED** and plaintiff's motion for summary judgment [26] is **DENIED**. In No. 06-0825, defendant's motion for summary judgment [28] is **GRANTED** and plaintiff's motion for summary judgment is **DENIED**.

JAMES ROBERTSON
United States District Judge